# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

M. Zell Williams,

    Plaintiff,

    v.                                     Case No. 1:05cv451

Judge Dennis Helmick, et al.,             Judge Michael R. Barrett

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendants' Motions to Dismiss (Docs. 6 & 7) are granted.  This action is dismissed without prejudice.

Date: September 21, 2006                     James Bonini, Clerk
                                                               Clerk


                                                     By:       S/Barbara A. Crum
                                                     Deputy Clerk